IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

LAWRENCE RUPERT SMITH,

    Plaintiff,

vs.

TODD THOMAS, Warden; PEGGY COOPER, Assistant Warden, and JUDITH SMITH, Chaplain,

    Defendants.

CIVIL ACTION NO.: CV505-080

## ORDER

As the Court has ruled upon Plaintiff's Motion for Temporary Injunctive Relief, Defendants' Motion to Stay a response to said motion is **dismissed** as moot.

**SO ORDERED**, this 7th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)